UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
DENNIS MAURER, Individually,

        Plaintiffs,

vs.

BAYSHORE MALL 1A, LLC, a New Jersey
Limited Liability Company, BAYSHORE
MALL 1B, LLC, a New Jersey Limited Liability
Company, and BAYSHORE MALL 2, LLC, a
New Jersey Limited Liability Company,

Case No. 3:16-cv-01152-FLW-TJB

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a confidential Settlement Agreement and Release executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement and Release.

Respectfully Submitted,

| | |
|---|---|
| *[signature]* | *[signature]* |
| Asaad K. Siddiqi, Esq.(AS9150) | Alexander V. Batoff, Esq. |
| McCusker, Anselmi, Rosen & Carvelli, PC | Jacqueline K. Gallagher, Esq. |
| 210 Park Avenue, Suite 301 | Obermayer Rebmann Maxwell & Hippel LLP |
| Florham Park, NJ 07932 | 1500 Market St., Suite 3400 |
| Telephone: (973) 635-6300 | Philadelphia, PA 19102 |
| Facsimile: (973) 635-6363 | Telephone: (215) 665-3056 |
| asiddiqi@marclaw.com | Facsimile: (215) 665-3165 |
| and | alexander.batoff@obermayer.com |
| John P. Fuller, Esq., *pro hac vice* | Jacqueline.gallagher@obermayer.com |
| Fuller, Fuller & Associates, P.A. | *Attorneys for Defendant* |
| 12000 Biscayne Boulevard, Suite 502 | |
| North Miami, FL 33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiffs* | |
| Date: 9/20/2016 | Date: 9/14/16 |